# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br> v. <br><br> 99 CENTS ONLY STORES LLC, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case: 2:16-cv-01598-MCE-KJN <br><br> **ORDER** |

In accordance with the parties' Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 29, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1